UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORENSIC JUSTICE PROJECT,<br>3238 P Street, N.W.<br>Washington, D.C. 20007-2756<br><br>      Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>9TH Street and Pennsylvania Ave., N.W.<br>Washington, D.C. 20535<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C.  20530<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **C.A. No. _____**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

   This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, as amended, to order the production of agency records, concerning and related to the testimonies of Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Donald Sachtleben as set forth below. The requested records will contribute significantly to public understanding of the operations and activities of their government.

**JURISDICTION**

   1.  This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4).

**PARTIES**

   2.  Plaintiff, the Forensic Justice Project, was formed in 1998 as a project of the National Whistleblower Center, a nonprofit, tax exempt 501 (c)(3)

organization, and has requested access to agency records pertaining to testimonies of Supervisory Special Agent (SSA) Donald Sachtleben as set forth below.

3. Defendants Federal Bureau of Investigation ("FBI") and U.S. Department of Justice ("DOJ") are agencies of the United States government and are headquartered in Washington D.C. The FBI and DOJ have possession of and control over the records that Plaintiff seeks.

## FACTS

### (Request for Information Re: Donald Sachtleben)

4. By letter dated December 22, 2003, Plaintiff, by and through counsel, submitted a request to the FBI pursuant to the Freedom of Information Act ("FOIA") seeking access to documents pertaining to the testimonies of SSA Donald Sachtleben as stated in said request letter. Plaintiff also requested expedited processing of its FOIA request and requested a waiver of fees.

5. By letter dated January 13, 2004, the FBI acknowledged receipt of Plaintiff's FOIA request.

6. By letter dated January 22, 2004, David M. Hardy, Section Chief of the Record/Information Dissemination Section Records Management Division, denied Plaintiff's request for expedited processing.

7. By fax dated February 23, 2004, Plaintiff, by and through counsel, sought to appeal its FOIA denial due to the failure of the Defendant to respond to Plaintiff's request for access to records concerning Donald Sachtleben.

8. By letter dated March 30, 2004, Richard L. Huff, Co-Director of the Department of Justice Office of Information and Privacy, informed Plaintiff that the

FBI was still processing its FOIA appeal. Mr. Huff also informed Plaintiff that it could treat this matter as a denial of its appeal and bring action in an appropriate federal court. Huff also stated in said letter that Plaintiff's request for expedited processing was not warranted in this matter and was therefore properly denied.

9. By fax dated July 13, 2004, Plaintiff, by and through counsel, appealed the denial, constructive denial and withholding of all information, as well as the denial of fee waivers, as well as the denial for expedited processing regarding the FOIA request of SSA Donald Sachtleben.

## COUNT 1

### (Denial of Access to Records)

10. Plaintiff incorporates by references Paragraphs 1 through 9, inclusive, and all allegations contained herein.

11. To date, Defendants have denied, and/or constructively denied, Plaintiff access to records it has requested through the above referenced December 22, 2003 FOIA request concerning Donald Sachtleben.

12. Plaintiff has exhausted all administrative remedies pursuant to the Freedom of Information Act related to its December 22, 2003 FOIA request, as well as its July 13, 2004 administrative appeal.

13. Plaintiff has a statutory right to the records that it seeks, and there is no legal basis for Defendants' refusal to disclose those records.

14. Defendants should be enjoined from withholding the records that are responsive to Plaintiff's above-referenced FOIA requests; as such records are not exempt from disclosure.

15. The information sought in Plaintiff's FOIA request concerning the testimonies and forensic work of Supervisory Special Agent Donald Sachtleben will contribute significantly to the public's understanding of the operations or activities of the government.

16. Plaintiff has a statutory right to expedited processing of the above-referenced FOIA request.

17. Defendants should be ordered to expedite the processing of Plaintiff's FOIA request.

18. Plaintiff has a statutory right to waiver of fees pursuant to FOIA.

19. Defendants should be ordered to grant Plaintiff a waiver of processing fees.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court:

(a) Declare that Defendants' refusal to disclose the records requested by Plaintiff under the Freedom of Information Act is unlawful;

(b) Order Defendants to make the requested records available to Plaintiff under the Freedom of Information Act as requested forthwith;

(c) Order preliminary and injunctive relief as appropriate;

(d) Order Defendants to expedite the processing and release of Plaintiff's December 22, 2003 FOIA Request concerning SSA Donald Sachtleben;

(e) Award Plaintiff its costs and reasonable attorneys' fees in this action; and

(f) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
David K. Colapinto
(D.C. Bar # 416390)
KOHN, KOHN, & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984
Attorney for Plaintiff

August 18, 2004